17156. STRICKLAND *v.* STATE.

BLOODWORTH, J. This case is controlled by the rulings in *Rawlings* v. *State,* 33 *Ga. App.* 826 (2, 3) (127 S. E. 881).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 3, 1926.

Indictment for murder; motion to change venue; from Hall superior court—Judge J. B. Jones. January 12, 1926.

*G. F. Kelley, B. P. Gaillard Jr.,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.